# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 24-3586

———————————————

Anthony Ross

*Plaintiff - Appellant*

v.

Pure Fishing, Inc.

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

——————————

Submitted: July 25, 2025
Filed: September 15, 2025
[Unpublished]

——————————

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Anthony Ross appeals a district court[1] order enforcing a mediated settlement agreement in his employment-related action and dismissing the case with prejudice.

———————————————

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

Upon careful review, *see Little Rock Sch. Dist. v. N. Little Rock Sch. Dist.*, 109 F.3d 514, 516 (8th Cir. 1997) (standard of review), we affirm for the reasons stated by the district court in its November 26, 2024 order, *see* 8th Cir. R. 47B.

_____